# United States Court of Appeals
## For the First Circuit

No. 15-2021

LEON H. RIDEOUT; ANDREW LANGLOIS; BRANDON D. ROSS,

Plaintiffs - Appellees,

v.

WILLIAM M. GARDNER, in his official capacity as
Secretary of State of the State of New Hampshire,

Defendant - Appellant.

**ORDER OF COURT**

Entered: December 29, 2015
Pursuant to 1st Cir. R. 27.0(d)

Appellant's assented-to motion to enlarge the briefing schedule is <u>allowed in part</u>. Appellant's brief and appendix are due on or before **February 25, 2016**. The request to extend time to file appellees' brief and appellant's reply brief is premature, because the time period for filing those briefs has not yet begun under Fed. R. App. P. 31(a)(1) and Local Rule 31.0(a)(1).

By the Court:

/s/ Margaret Carter, Clerk

cc:
Gilles R. Bissonnette
William E. Christie
Laura E. B. Lombardi
Stephen G. LaBonte